UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:10-cv-00357 -FL

| | |
|---|---|
| GE COMMERCIAL DISTRIBUTION FINANCE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>COMMONWEALTH CONSTRUCTION AND DEVELOPMENT, LTD. and MARTINDALE HOMES, INC.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ENTRY OF DEFAULT

It appearing from the records in this action that the Summons and Complaint have been served upon Defendants Commonwealth Construction and Development, Ltd. and Martindale Homes, Inc. ("Defendants"), and it further appearing from the declaration of counsel for Plaintiff, and other evidences as required by Rule 55(a) of the Federal Rules of Civil Procedure, that the Defendants have failed to plead or otherwise defend in this action as directed in said Summons and as provided in the Federal Rules of Civil Procedure.

NOW THEREFORE, on request of Plaintiff's counsel, the DEFAULT of the Defendants is hereby ENTERED.

Dated: _February 1, 2011_

_____
Clerk, United States District Court