UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:10-cv-00357

| | |
|---|---|
| GE COMMERCIAL DISTRIBUTION FINANCE CORPORATION, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| COMMONWEALTH CONSTRUCTION AND DEVELOPMENT, LTD. and MARTINDALE HOMES, INC. | ) ) ) ) ) |
| Defendants. | ) |

---

**DEFAULT JUDGMENT**

---

This matter is before the Court on Plaintiff GE Commercial Distribution Finance Corp.'s ("CDF") Motion for Default Judgment as against Defendants Commonwealth Construction and Development, Ltd. and Martindale Homes, Inc ("Defendants"). Defendants have failed to plead or otherwise defend this action and entry of default was entered against them on February 1, 2011. Having considered CDF's Motion and the memorandum and declarations submitted in support, this Court finds that CDF's right to possession of the Collateral, identified in the attached **Exhibit A,** is valid and enforceable and superior to any claim or interest held by the Defendants and grants CDF final and continuing possession.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that CDF's right to possession of the Collateral is valid and enforceable and superior to any claim or interest held by the Defendants.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that CDF is entitled to final and continuing possession of the Collateral.

This the 17th date of February, 2011.

_____
United States District Court Judge

# Exhibit A

| MFG # | MANUFACTURER | MODEL | BALANCE |
|---|---|---|---|
| 41853 | CLAYTON HOMES INC | 09 COLONY BA | 69,278.00 |
| 41853 | CLAYTON HOMES INC | 09 COLONY BA | 55,020.00 |
| 41857 | COMMODORE CORPORATION | LYNBROOK CAP | 90,929.00 |
| 41857 | COMMODORE CORPORATION | 09 RB550A | 74,807.00 |
| 126530 | HOLMES BUILDING SYSTEMS INC | HOLMES | 83,495.40 |
| 126530 | HOLMES BUILDING SYSTEMS INC | 08 MOD 5609T | 88,443.18 |
| 126530 | HOLMES BUILDING SYSTEMS INC | 08 MOD 1762 | 97,395.63 |
| 126530 | HOLMES BUILDING SYSTEMS INC | 09 MOD 5400T | 64,697.14 |
| | | **DEALER TOTALS** | **624,065.35** |